UNITED STATES v. CARCABA et al. (Circuit Court of Appeals, Fifth Circuit. February 17, 1903.) No. 826. Appeal from the Circuit Court of the United States for the Southern District of Florida. J. Ward Gurley, for appellant. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. On the authority of Rothschild v. United States, 179 U. S. 463, 21 Sup. Ct. 197, 45 L. Ed. 277, the judgment of the circuit court is reversed, and, so far as the decision of the board of general appraisers is objected to and protested against in this suit, the same is disapproved, and the decision of the collector assessing and imposing a duty of $1.85 per pound on all leaf tobacco suitable for cigar wrappers, found or contained in the entry of P. F. Carcaba & Sons of imported tobaccos, is approved and confirmed; the appellees to pay the costs of the circuit court, and the costs of this appeal to be according to paragraph 4, rule 31 (31 C. C. A. clxix, 90 Fed. clxix).

---

UNITED STATES v. E. H. GATO CIGAR CO. (Circuit Court of Appeals, Fifth Circuit. February 17, 1903.) No. 825. Appeal from the Circuit Court of the United States for the Southern District of Florida. J. Ward Gurley, for appellant. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. On the authority of Rothschild v. United States, 179 U. S. 463, 21 Sup. Ct. 197, 45 L. Ed. 277, the judgment of the circuit court is reversed, and, so far as the decision of the board of general appraisers is objected to and protested against in this suit, the same is disapproved, and the decision of the collector assessing and imposing a duty of $1.85 per pound on all leaf tobacco suitable for cigar wrappers, found or contained in the entry of E. H. Gato Cigar Company of imported tobaccos, is approved and confirmed; the appellees to pay the costs of the circuit court, and the costs of this appeal to be according to paragraph 4, rule 31 (31 C. C. A. clxix, 90 Fed. clxix).

---

UNITED STATES v. PEREZ et al. (Circuit Court of Appeals, Fifth Circuit. February 17, 1903.) No. 827. Appeal from the Circuit Court of the United States for the Southern District of Florida. J. Ward Gurley, for appellant. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. On the authority of Rothschild v. United States, 179 U. S. 463, 21 Sup. Ct. 197, 45 L. Ed. 277, the judgment of the circuit court is reversed, and, so far as the decision of the board of general appraisers is objected to and protested against in this suit, the same is disapproved, and the decision of the collector assessing and imposing a duty of $1.85 per pound on all leaf tobacco suitable for cigar wrappers, found or contained in the entry of Perez & Co. of imported tobaccos, is approved and confirmed; the appellees to pay the costs of the circuit court, and the costs of this appeal to be according to paragraph 4, rule 31 (31 C. C. A. clxix, 90 Fed. clxix).

---

THE WILLIAM E. FERGUSON. THE LANGFOND. (Circuit Court of Appeals, Second Circuit. January 8, 1903.) Nos. 10, 11. Appeals from the District Court of the United States for the Eastern District of New York. Chas. T. Terry, for appellant. Le Roy S. Gove, for The Ferguson. F. M. Brown, for The Langfond. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Affirmed, on opinion of court below. 102 Fed. 699.